Honorable Judge Sim Lake,                                           1/9/19

    I, Jose Fuentes would like to request reappointment of counsel. The reason being that I feel like he is not helping me in my current case. He is trying to persuade me into pleading guilty to charges I am not guilty of.

    Sincerely,

    Jose Fuentes #25558379
    500 HILBIG Rd.
    Conroe, Tx. 77301

United States District Court
Southern District of Texas
FILED
JAN 11 2019
David J. Bradley, Clerk of Court

Jose Fuentes #25558379
500 Hilbig Rd.
Conroe, Tx. 77301

12-cr581-3

**THIS LEGAL MAIL HAS NOT BEEN INSPECTED**

United States District Court
Southern District of Texas
**FILED**
JAN 11 2019
David J. Bradley, Clerk of Court

Southern District of Texas United States Courts
5th Floor District Clerk
515 Rusk St.
Houston, Tx. 77002

NORTH HOUSTON TX 773
10 JAN 2019 PM 2 L

7702028823 0057